IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROEL VIRGIN SOTO,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-553-O |
| **JOHNSON COUNTY JAIL,** | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **30th day** of **March, 2012.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**